

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 88 23

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Jeffrey Joel SALAS, ) | Substance (Felony) |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned complainant being duly sworn states:

That on or about September 30, 2007, within the Southern District of California, defendant Jeffrey Joel SALAS, did knowingly and intentionally import approximately 48.92 kilograms (107.62 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Nicole Yammine
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Jeffrey Joel SALAS

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Nicole Yammine.

On September 30, 2007, at approximately 1520 hours, Jeffrey SALAS entered the United States at the Calexico, California, West Port of Entry. SALAS was the driver of a 2000 Ford Escort, California license plate 4PEC925. The primary Customs and Border Protection Officer (CBPO) Norma Salazar, obtained a negative oral customs declaration from SALAS. SALAS stated the vehicle belonged to his girlfriend. The vehicle was then referred to the secondary lot for closer examination.

In the vehicle secondary lot, a canine inspection of the vehicle was performed by CBP Canine Enforcement Officer Craig Randolph. The canine alerted and responded to the front bumper of the vehicle.

A subsequent inspection of the vehicle by CBPO J. Kierepka revealed 21 packages total. Five packages within the left rear quarter panel, five within the right rear quarter panel, five within the bumper, and six packages in a compartment within the gas tank of the vehicle. CBPO J. Kierepka probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 21 packages had a combined net weight of approximately 48.92 kilograms (107.62 pounds).

1  SALAS was placed under arrest and advised of his Rights per
2  Miranda, which he acknowledged and waived, agreeing to answer
3  questions. SALAS admitted knowledge of the narcotics within the
4  vehicle. SALAS stated he was going to be paid $1,500.00 to smuggle
5  marijuana into the United States.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28