FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2966-BTM |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JEFFREY JOEL SALAS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 30, 2007, within the Southern District of California, defendant JEFFREY JOEL SALAS, did knowingly and intentionally import approximately 48.92 kilograms (approximately 107.62 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: October 30, 2007.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis for*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:drh: Imperial
10/30/07