**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Jeffrey Joel Salas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**((HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2966-BTM |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR AN ORDER RELEASING CRIMINAL HISTORY DOCUMENTS |
| JEFFREY JOEL SALAS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
        JAMES MELENDRES, ASSISTANT UNITED STATES ATTORNEY; AND
        CYNTHIA A. HERNANDEZ, UNITED STATES PROBATION OFFICER:

Mr. Jeffrey Joel Salas respectfully requests an order granting the production of all documents relied upon by United States Probation in determining his alleged prior criminal history, law enforcement contacts, and pending charges. The requested documents are necessary in determining whether the information in the pre-sentence report is correct.

Respectfully submitted,

/s/ Kris J. Kraus

DATED: February 1, 2008        **KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jeffrey Joel Salas

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

James Melendres
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: james.melendres@usdoj.gov

A copy was served by electronic mail to:

Cynthia A. Hernandez
United States Probation Officer
cynthiahernandez/CASP/09/USCOURTS

Dated: February 1, 2008               /s/  Kris J. Kraus
                                      KRIS J. KRAUS
                                      Federal Defenders
                                      225 Broadway, Suite 900
                                      San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      e-mail: kris_kraus@fd.org