UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2966-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| JEFFREY JOEL SALAS, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Mr. Salas, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all **non-confidential** documents relied upon in determining Mr. Salas' prior criminal history, law enforcement contacts, and pending charges.

DATED: February 5, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge